IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

BRUCE HAKE, et al.,            *

    Plaintiffs,            *

       v.                          CIVIL NO.: WDQ-13-1312

CARROLL COUNTY, MARYLAND,    *
et al.,

    Defendants.            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

ORDER

Consistent with the Supreme Court's decision in *Town of Greece, New York v. Galloway et al.*, issued on May 5, 2014, it is, this 5th day of May, 2014, ORDERED that:

1. The Court's preliminary injunction order (ECF No. 35) BE, and HEREBY IS, VACATED;

2. The Clerk of the Court shall send copies of this Order to counsel for the parties.

                                            _____
                                            William D. Quarles, Jr.
                                            United States District Judge