## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

<table>
<tr><td>CHAMBERS OF</td><td>101 WEST LOMBARD STREET</td></tr>
<tr><td>WILLIAM M. NICKERSON</td><td>BALTIMORE, MARYLAND 21201</td></tr>
<tr><td>SENIOR UNITED STATES DISTRICT JUDGE</td><td>(410) 962-7810</td></tr>
<tr><td></td><td>FACSIMILE (410) 962-2577</td></tr>
</table>

February 26, 2016

To all Counsel of Record

Re: <u>Hake et al. v. Carroll County, Maryland</u>, Case No. WMN-13-1312

Dear Counsel:

On January 14, 2016, the above-captioned case was transferred from Judge William D. Quarles to the undersigned due to Judge Quarles' retirement.

There are cross motions for summary judgment pending in this case which have been extensively briefed.  The last pleading submitted in regards to the pending motions, however, was filed December 1, 2014.  Given the passage of time, the Court would appreciate a <u>brief</u> two to three page letter from both parties regarding the nature of the current legislative prayer practice in Carrol County and the issues/claims for relief the parties believe are still pending before the Court.  Please submit these letters on or before March 4, 2016.

Notwithstanding the informal nature of this correspondence, it is an Order of the Court and will be docketed as such.

Sincerely,

_____/s/_____

William M. Nickerson
Senior United States District Judge

cc: Court File